*In re* **SMITH**, Vanessa Lynn (MR 21240)
Chicago, IL

**Order of the Court:**

The petition by the Administrator of the Attorney Registration and Disciplinary Commission for leave to file exceptions to the report and recommendation of the Review Board is allowed. Respondent is suspended from the practice of law for 30 days. Suspension effective February 2, 2007. Respondent Vanessa Lynn Smith shall reimburse the Client Protection Program Trust Fund for any Client Protection payments arising from her conduct prior to the termination of the period of suspension.